## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM SERVICES, INC.<br><br>v.<br><br>THE UNITED STATES | Case No. 25-cv-00690-AOB |

### **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the U.S. Court of Federal Claims, Amentum Services, Inc., a Delaware corporation, states that it is wholly owned by Amentum Government Services Holdings Sub LLC, a Delaware limited liability company. Amentum Holdings, Inc., a publicly traded corporation, indirectly owns 10% or more of Amentum Services, Inc.'s stock.

    Respectfully submitted,

    */s/ Edmund M. Amorosi*
    Edmund M. Amorosi
    *Counsel of Record*
    HAYNES AND BOONE LLP
    8000 Towers Crescent Drive, Suite 900
    Tysons, Virginia 22182
    Tel: 703-847-6300
    Fax: 703-847-6312
    E-Mail: edmund.amorosi@haynesboone.com

Date: April 25, 2025

4930-5123-5385 v.2