## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMENTUM SERVICES, INC.,

                  Plaintiff,

          v.

THE UNITED STATES,

                  Defendant.

No. 25-690
(Judge Armando Bonilla)

### NOTICE OF APPEARANCE

To the Clerk:

      Please enter the appearance of Stephen J. Smith as attorney of record for the United States in the above-captioned case.  Service of all papers by opposing parties should be addressed as follows:

Stephen J. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

                                          *s/ Stephen J. Smith*
                                          STEPHEN J. SMITH
                                          Trial Attorney
                                          Commercial Litigation Branch
                                          Civil Division
                                          U.S. Department of Justice
                                          (202) 353-0546

May 20, 2025
                                          stephen.j.smith@usdoj.gov