## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMENTUM SERVICES, INC.<br><br>v.<br><br>THE UNITED STATES | Case No. 25-CV-00690-AOB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the U.S. Court of Federal Claims, Plaintiff, Amentum Services, Inc., hereby dismisses this action with prejudice. Defendant has not yet served an Answer or filed a Motion for Summary Judgment.

Respectfully submitted,

*/s/ Edmund M. Amorosi*
Edmund M. Amorosi
Counsel of Record
HAYNES AND BOONE, LLP
8000 Towers Crescent Drive, Suite 900
Tysons, Virginia 22182
Tel: 703-847-6300
Fax: 703-847-6312
E-Mail: edmund.amorosi@haynesboone.com

Date: June 8, 2025

4935-7118-8810 v.3

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2025, Plaintiff's Notice of Voluntary Dismissal With Prejudice was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Edmund M. Amorosi*
Edmund M. Amorosi

4935-7118-8810 v.3